Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2022 JUL 20 A 10: 27
CLERK_____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

Case No. CV422 172
(to be filled in by the Clerk's Office)

LEONARD P. MACHULAS
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

SUPERIOR COURT OF CHATHAM COUNTY STATE OF GEORGIA

JUDGE P. FREESEMANN
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Jury Trial: (check one)  [X] Yes  [ ] No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | LEONARD P. MACHULAS |
| Street Address | 198 WALLACE DR |
| City and County | BLOOMINGDALE GA 31302 CHATHAM |
| State and Zip Code | GEORGIA 31302 |
| Telephone Number | 912 748 9529 |
| E-mail Address | N/A |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: CHIEF JUDGE R. FREESE MANN
- Job or Title (if known): CHIEF JUDGE
- Street Address: 133 MONTGOMERY ST
- City and County: SAVANNAH   CHATHAM
- State and Zip Code: GEORGIA   31401
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: JUDGE T. WALMSEY    CV19-946 WA
- Job or Title (if known): JUDGE    CV18-716 WA
- Street Address: 133 MONTGOMERY ST    CV16-612 WA
- City and County: SAVANNAH — CHATHAM
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3

DUE PROCESS
- Name: JOHN R. RUSSELL    CV19-946 WA
- Job or Title (if known): JUDGE
- Street Address:
- City and County:
- State and Zip Code: THEY WILL NOT TELL ME HIS ADDRESS
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question     [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes USC, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. AMENDMENT XIV — DUE PROCESS — SECTION 1, RULE 4, ALSO MY CIVIL RIGHTS WERE VIOLATED MANY TIMES

SEE PAGE 3A

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
   The plaintiff, *(name)* N A, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

# CONSTITUTIONAL AND STATUTORY PROVISIONS INVOLVED

My civil rights were violated many times under Title VII, Civil Rights Act of 1964 and 1974. I was deprived of my due process.

1. U.S. Constitution, Amendments I, III, V, and XIV
2. 28 U.S.C. § 1295(a)(3) (2012)
3. 28 U.S.C. § 2000 1-7
4. 28 C.F.R. § 40,401
5. 28 U.S.C. § 1945(a)(1)
6. Tucker Act, 28 U.S.C. § 1491(a)(1)
7. *Jostin vs. U.S.*, 77 F.3d 378, 379 (Fed. Cir. 1994)
8. *Brown vs. U.S.*, 42 CL 138-141-1998
9. *Testal vs. U.S.*, at 405
10. Executive Order 12250
11. 5 U.S.C. §§ 552, 552A
12. 18 U.S.C. § 241, 242
13. 42 U.S.C. § 12131
14. 29 U.S.C. § 791
15. 4 U.S.C. § 14141 – Deprives Civil Rights

## GEORGIA CONSTITUTIONAL OF 1983

1. OCGA Rule 6.3 – New TRIAL
2. OCGA Rule 5, 32
3. OCGA Rule 34
4. OCGA Rule 38a
5. OCGA Rule 9-11-4 – closing case
6. OCGA Rule 9-2-10 – 5 year rule
7. OCGA Rule 9-2-20e – 45 day rule
8. OCGA Rule 9-11-12 – B-1-236
9. GA UNIFORM Rule 1.2 FOR ADR

3A

b. If the defendant is a corporation   N A

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

SEE PAGE 4 A

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I FILED A MOTION FOR DUE PROCESS, SENT A SUMMONS, TO THE DEFENDANT, BY THE SHERIFF DEPT. IT WAS SIGNED FOR, AN ANSWER TO IT WAS WRITTEN ON July 8 2020, IT WAS GIVEN TO THE COURT LEGAL DEPT. THEY KEPT IT, AND ON SEPT. 25 NOT TO ME, THEY FILED IT, TO THE COURT, AND SENT ME A COPY TO MB 83 DAYS LATER. IT WAS SIGN ON July 2 2020, FILED ON SEPT 23 2020, 83 DAYS LATER. THIS IS MY THIRD (3) JUDGEMENT BY DEFAULT BY THIS COURT. MY CIVIL RIGHTS WERE VIOLATED MANY TIMES BY THIS SUPERIOR COURT, THEY BACK BALL ME

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. FAIR- EQUITABLE DISTRIBUTION, THIS COURT WILL NOT LE ME HAVE A O R, TO INCORPORATE IN THE DIVORCE DECREE, SINCE OCT 2008. I HAVE FILED MANY MOTIONS. SEE PAGE 4A
THEY HAVE EX RECUSAL THEM SELF, SEND IT TO ANOTHER COURT. THEY DISS. THEM WITHOUT A HEARING, THEY WAS ORDER TO HAVE ONE
I'M WILLING TO TALK TO THE DEFENDANT IN GOOD FAITH TO SETTLE THIS MATTER FIRST. THEY WILL'NT TALK TO ME SINCE OCT 2008

| # | Item | Amount |
|---|------|--------|
| 1 | MOVING OUT BY ORDER - 6 MONTHS | 6070.00 |
| 2 | JUDY FURNITURE | 15,000 — |
| 3 | JUDY INSURANCE AUTO | 410 — |
| 4 | JUDY POTS AND PANS | 2500 — |
| 5 | JUDY TWO ROBO CABINETS | 850 — |
| 6 | JUDY C D | 5000 — |
| 7 | SPITTING EXPENSES AT 608 | 8326.3K |
| 8 | MY LUMBER 4X10 — 1700 SQF | 10000 |
| 9 | NEFF REBATE WINDOWS | 5800.00 |
| 10 | RAY ALLARD DIVORCE | 5000 — |
| 11 | 2000 LINCOLN | 26,000 — |
| 12 | JUDY 4 CREDIT CARDS | 8000 — |
| 13 | ROSE WOOD BED ROOM SET | 2800 — |
| 14 | 3 T.V's | 650 — |
| 15 | MY BLACK LEATHER COAT XXX | 350 — |
| 16 | MY TOOLS, TIMER, TRAINS | 1000 — |
| 17 | MY TWO HUMMEL LAMPS | 1000 — |
| 18 | ESCROW 608 | 11,000 — |
| 19 | I PAID HER FEES 1250.00/1769.00 | 3019 — |
| 19 | MIND FEE 400, 300, 225, 265, 265 COURT | 1450 — |
| 20 | MIND LAWYER FEES | 9900 — |
| 21 | 302 OLIVER ST $169,00.00 | |
| 22 | JUDY SON'S CAR HONDA 50&50 | 15000 — |
| 23 | MY LIFE INSURANCE BEFORE WE GOT TOGETHER | 35,000 — |
| 24 | JAIL TIME — DECREE MODIFY BY JUDY | 60,000 — |

AT TIME OF DIVORCE 302-93 OWE 706.00

198 $1,450 —

U.S. MAIL

4A

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: July 19 2022

Signature of Plaintiff  _Leonard P. Machulas_   PRO SI
Printed Name of Plaintiff  LEONARD P. MACHULAS

### B. For Attorneys

Date of signing: _____

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Street Address  _____
State and Zip Code  _____
Telephone Number  _____
E-mail Address  _____