IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| LEONARD P. MACHULAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JUDGE P. FREESEMANN, et al.,<br><br>　　　　Defendants. | CIVIL ACTION NO.: 4:22-cv-172 |

**O R D E R**

On October 11, 2022, the Court ordered Plaintiff to show cause as to why this case should not be dismissed in light of his failure to prosecute (including his failure to serve any of the named Defendants) and also in light of his having filed a notice intimating—but not clearly explaining—that he desired to dismiss some or all of his claims in this case. (Doc. 5.) The deadline for Plaintiff to respond and show cause has passed, and Plaintiff has not filed any response with the Court. Accordingly, the Court **DISMISSES** this case **without prejudice** and **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 3rd day of November, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA